# EXHIBIT A

# LINCOLN SQUARE LEGAL SERVICES, INC.

Fordham University School of Law
150 West 62nd Street, Ninth Floor
New York, NY 10023

Tel  212-636-6934
Fax 212-636-6923

January 24, 2025

**VIA EMAIL**

Jacob Gutwillig, Esq.
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
26 Federal Plaza, 38th Floor
New York, New York 10278

**Re: United States v. Rafat Amirov, S8 22 Cr. 438 (CM)**

Dear Mr. Gutwillig:

Please find a letter detailing an expert disclosure pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure ("Fed. R. Crim. P.") as we seek and request a reciprocal expert disclosure.

We thank all parties for their attention to this matter.

Sincerely,

/s/

Michael W. Martin
Lincoln Square Legal Services, Inc.
*Attorney for Mr. Rafat Amirov*

cc:    Andrew G. Patel, Esq., *Attorney for Mr. Polad Omarov*

Enclosures:
- *Expert Disclosure Letter*
- *Exhibit A (Clark Walton Resume)*
- *Exhibit B (Edgar Fritz Resume)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAFAT AMIROV,<br>                    Defendant | S8 22 Cr. 438 (CM) |

## DEFENDANT RAFAT AMIROV'S DESIGNATION OF EXPERT WITNESSES

### 1. Clark C. Walton

Mr. Walton is the Managing Director of Reliance Forensics, LLC, headquartered in Charlotte, North Carolina. He is an expert in cybersecurity and digital forensics. Mr. Walton's CV is attached as Exhibit A and contains his qualifications, including a list of all publications authored in the previous ten years, and a list of all other cases in the previous four years in which he has testified as an expert.

Mr. Walton will opine on his network and mobile telecommunications forensics analyses pertaining to access by others to the iPhone, iCloud account, and WhatsApp account allegedly belonging to the Defendant; the functionality and security of iPhone devices, iCloud accounts, and WhatsApp accounts, including WhatsApp Business accounts; and the functionality and security of virtual private network (VPN) services for purpose of identifying sources and recipients of communications. Mr. Walton's testimony will be based on, including but not limited to, his review of the discovery evidence provided, his technical expertise and experience in network and mobile telecommunications forensics, and any additional evidence presented by the government at trial.

Mr. Walton will also opine on his understanding of the current leading cyber intelligence and counterintelligence capabilities, practices, and programs of those with active, sophisticated cyber intelligence and counterintelligence programs. Mr. Walton's testimony will be based on his regular monitoring of technical and press reports, as a network and mobile telecommunications forensics expert would ordinarily rely on, to understand current events, developments, and trends in the industry.

**Expert Signature:**

_Clark Walton — as Mbr/Mgr,_
_Reliance Fornsics, LLC_

Clark Walton
Reliance Forensics

## 2. Edgar Fritz

Mr. Fritz is a digital forensic examiner at Reliance Forensics, LLC, headquartered in Charlotte, North Carolina. He is an expert in cybersecurity and digital forensics. Mr. Fritz's CV is attached as Exhibit B and contains his qualifications, including a list of all publications authored in the previous ten years and a list of all other cases in the previous four years in which he has testified as an expert.

Mr. Fritz will opine on his mobile telecommunications forensics analyses pertaining to access by others to the iPhone, iCloud account, and WhatsApp account allegedly belonging to the Defendant; the functionality and security of iPhone devices, iCloud accounts, and WhatsApp accounts. Mr. Fritz will also opine on issues concerning the technical nature of WhatsApp Business Accounts, including differences between WhatsApp Business Accounts and regular personal accounts. Mr. Fritz's testimony will be based on, including but not limited to, his review of the discovery evidence provided, his technical expertise and experience in mobile telecommunications forensics, and any additional evidence presented by the government at trial.

**Expert Signature:**

Edgar Fritz
Reliance Forensics