UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

RAFAT AMIROV,

Defendant

S8 22 Cr. 438 (CM)

## DEFENDANT RAFAT AMIROV'S PROPOSED JUROR EXAMINATION QUESTIONS

Pursuant to Federal Rule of Criminal Procedure 24(a), Defendant Rafat Amirov submits

the following questions for consideration for juror examination.

Dated: February 14, 2025
New York, NY

Respectfully submitted,

/s /
Michael W. Martin
Lincoln Square Legal Services, Inc.
*Attorney for Mr. Rafat Amirov*

*On the submission*
Michlyne Bellas
Matthew Gawley
Megan Gmelich
Ryan Miller
Taylor Veracka
Amy Walker
*Legal Interns*

1. Have you, or anyone close to you, ever been affected by organized crime or a criminal investigation that involved organized crime?

    a. For any juror who says yes, please briefly describe these experiences.

2. Have you, or anyone close to you, ever been affected by criminal activity by non-U.S. citizens?

    a. For any juror who says yes, please briefly describe these experiences.

3. Have you, or anyone close to you, ever had first-hand or personal experience with, or personal knowledge of, federal law enforcement?

    a. For any juror who says yes, please briefly describe these experiences.

4. The evidence in this case could include reference to the Iranian government and Iranian officials.  Do you follow news coverage of Iran and its activities?  Are issues related to Iran and its relationship to the United States of particular interest or concern to you?

    a. For any juror who says yes, please briefly describe these views.

5. Journalists around the world have recently faced threats because of their work.  Is this an issue of particular concern to you?  Do you or anyone close to you work in journalism?

    a. For any juror who says yes, please briefly describe these views or experiences.

6. Have you or anyone close to you been involved in human rights advocacy related to the Middle East?

    a. For any juror who says yes, please briefly describe these experiences.

7. The evidence in this case could include references to technical data about Internet cloud storage, virtual private networks ("VPNs"), and private messaging accounts.  Do you have specialized knowledge or training in these areas?  Do you have any concern that these issues may be particularly difficult for you to understand?

    a. For any juror who says yes, please briefly describe these experiences or views?