

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 14, 2025

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

>    Re:    **United States v. Rafat Amirov and Polad Omarov**, S8 22 Cr. 438 (CM)

Dear Judge McMahon:

The Government respectfully writes to propose requests to charge (Exhibit A) and voir dire (Exhibit B) in this matter, for the trial scheduled to commence on March 10, 2025.[1]

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By:    _____/s/_____
Jacob H. Gutwillig
Matthew J.C. Hellman
Michael D. Lockard
Assistant United States Attorneys

cc: Defense Counsel (by ECF)

---

[1] As set forth in the Government's motions *in limine* (*see* Dkt. 104 at 31-32), the Government has asked the Czech Republic to waive the Rule of Specialty as to Omarov for Counts Four and Five of superseding indictment S8 22 Cr. 438.  The Czech Republic has not yet granted that waiver, and if the waiver is not granted prior to trial the Government may seek to sever Counts Four and Five as to Omarov from the trial beginning March 10, 2025, and in that event will propose corresponding changes to its requests to charge and voir dire.