**FAST LAW**

Elena Fast, Esq.
Tel (212) 729-9494
elena@fastlawpc.com

521 Fifth Avenue, 17 Floor
New York, NY 10175

February 14, 2025

**<u>Via ECF</u>**
Hon. Colleen McMahon
Senior U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re:**   *United States v. Polad Omarov*, 22 Cr 438 (CM)
         Proposed Voir Dire

Dear Judge McMahon:

We represent Polad Omarov on the above-captioned matter. Given the complexity and sensitivity of this case, we respectfully submit that a juror questionnaire should be used to streamline *voir dire*.

Defense respectfully proposes the enclosed questionnaire, attached hereto as <u>Defense Exhibit A</u>.

Respectfully Submitted,

Dated:      February 14, 2025
            New York, New York

<u>s/ Andrew Patel</u>              <u>s/ Elena Fast</u>              <u>s/ Michael Perkins</u>
Andrew Patel, Esq.            Elena Fast, Esq.             Michael Perkins, Esq.
15 Chester Avenue            The Fast Law Firm, P.C.      The Fast Law Firm, P.C.
White Plains, NY 10601       521 Fifth Ave, 17 Floor      521 Fifth Ave, 17 Floor
Phone: 212-349-0230         Phone: 212-729-9494          Phone: 212-729-9494
apatel@apatellaw.com        elena@fastlawpc.com          michael@fastlawpc.com

*Counsel for Polad Omarov*

cc:     All attorneys of record (via ECF)