# EXHIBIT A

UNITED STATES v. POLAD OMAROV
22 Cr 438 (CM)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - v. -

RAFAT AMIROV,
    and
POLAD OMAROV,

       Defendants.

S8 22 Cr. 438 (CM)

JUROR NO.   _____

## JUROR INFORMATION SHEET

INSTRUCTIONS:

YOUR ANSWERS TO THE FOLLOWING QUESTIONS ARE VERY IMPORTANT TO THE TRIAL OF THIS CRIMINAL CASE, AND ARE DESIGNED TO SHORTEN THE JURY SELECTION PROCESS.  DO NOT DISCUSS ANY OF THESE QUESTIONS OR YOUR ANSWERS WITH ANYONE ELSE, INCLUDING ANY OTHER PROSPECTIVE JURORS. PLEASE TAKE AS MUCH TIME AS IS REASONABLY NECESSARY TO ANSWER EACH QUESTION AS COMPLETELY AND AS HONESTLY AS POSSIBLE.  PLEASE DO NOT ACCEPT THE ASSISTANCE OR THE ADVICE OF ANYONE IN ANSWERING THESE QUESTIONS.  IF ANY QUESTIONS SHOULD ARISE WHILE COMPLETING THIS QUESTIONNAIRE, PLEASE CONTACT THE JURY PERSONNEL OR THE PRESIDING JUDGE. DO NOT SPEAK TO ANYONE ELSE ABOUT THE QUESTIONNAIRE OR ANY QUESTIONS YOU MIGHT HAVE.

YOUR ANSWERS TO THESE QUESTIONS ARE BEING GIVEN UNDER OATH
THE ANSWERS TO THESE QUESTIONS WILL BE USED BY THE COURT AND THE ATTORNEYS SOLELY FOR THE SELECTION OF THE JURY IN THIS CASE AND FOR NO OTHER REASON. THE CONFIDENTIALITY OF YOUR ANSWERS TO THESE QUESTIONS WILL BE MAINTAINED BY THE COURT.

1

PLEASE PRINT YOUR ANSWERS

PERSONAL

1.  NAME: _____
                    (FIRST)        (MIDDLE)   (LAST)      (MAIDEN, IF APPLICABLE)

2.  BIRTHPLACE:        _____
                    (CITY/TOWN)        (STATE)

3.  LENGTH OF TIME AT PRESENT ADDRESS: _____

EMPLOYMENT

4.  PLACE OF EMPLOYMENT:        _____

5.  JOB TITLE OR DESCRIPTION:        _____

6.  LENGTH OF PRESENT EMPLOYMENT:  _____

FAMILY

7.  MARITAL STATUS: (CIRCLE APPROPRIATE ANSWER(S))

A.  MARRIED
B.  SINGLE
C.  SEPARATED
D.  DIVORCED
E.  SPOUSE DECEASED

8.  IF YOUR SIGNIFICANT OTHER IS EMPLOYED, WHAT KIND OF WORK DO THEY DO:        _____

9.  PLEASE PROVIDE THE FOLLOWING INFORMATION ABOUT YOUR CHILDREN AND STEPCHILDREN, IF ANY:
                SEX            AGE            SCHOOL OR OCCUPATION
    A. _____
    B._____
    C. _____
    D._____

2

E._____

10. DO YOU HAVE ANY PETS? IF SO, WHAT KIND?  _____

EDUCATION

11. PLEASE GIVE YOUR EDUCATIONAL BACKGROUND. PROVIDE THE NAME OF THE MOST RECENT SCHOOL YOU ATTENDED OR ARE ATTENDING AND THE DEGREE OR DIPLOMA YOU RECEIVED OR EXPECT TO RECEIVE.

_____

_____

_____

MILITARY

12. HAVE YOU EVER SERVED IN THE MILITARY? IF SO, PLEASE GIVE THE FOLLOWING INFORMATION: BRANCH _____, YEARS OF SERVICE,\_\_\_\_\_ HIGHEST GRADE OR RANK ATTAINED_____ DUTIES: _____

DID YOU SERVE IN COMBAT? _____

YEAR DISCHARGED? _____

TYPE OF DISCHARGE: _____

DID YOU PARTICIPATE IN ANY COURT MARTIALS? _____

PLEASE EXPLAIN: _____

DID YOU EVER SERVE IN THE MILITARY POLICE? _____

RELIGION

13. RELIGIOUS PREFERENCE: _____

a. NAME AND LOCATION OF CHURCH, TEMPLE, SYNAGOGUE, MOSQUE OR OTHER RELIGIOUS ORGANIZATION WITH WHICH YOU ARE AFFILIATED, IF ANY: _____

3

    b.  HAVE YOU STUDIED FOR THE MINISTRY, PRIESTHOOD, RABBINIC ORDER, OR ANY OTHER CLERGY POSITION?

_____

    c.  DO YOU HAVE A PERSONAL PHILOSOPHY OR FAVORITE SAYING THAT REFLECTS YOUR PERSONAL PHILOSOPHY THAT CAN BE EXPRESSED IN A FEW SENTENCES OR LESS?  YES ____ NO ____

       i.  IF YES, PLEASE STATE IT:

_____

## POLITICAL

14. DO YOU HAVE A POLITICAL PREFERENCE? _
    DEMOCRAT _____    REPUBLICAN _____
    INDEPENDENT_____       OTHER _____

15. DO YOU CONSIDER YOURSELF TO BE POLITICALLY CONSERVATIVE, MODERATE OR LIBERAL?

_____

16.  HAVE YOU EVER SOUGHT OR HELD A POLITICAL OFFICE?

_____

## PHYSICAL/MEDICAL

17. DO YOU HAVE ANY DIFFICULTY UNDERSTANDING WRITTEN OR SPOKEN ENGLISH?
       a.  YES _____
       b.  NO _____
          i.  IF YOUR ANSWER WAS YES, YOU MAY EXPLAIN IF YOU WISH:

_____

_____

18. DO YOU HAVE ANY DIFFICULTY IN SIGHT OR HEARING, OR DO YOU HAVE ANY OTHER DISABILITY OR DISEASE THAT WOULD MAKE JURY SERVICE A HARDSHIP FOR YOU?
       a.  YES
       b.  NO

i.   IF SO, PLEASE EXPLAIN. _____

PERSONAL

19. TO WHICH CIVIL CLUBS, SOCIETIES, PROFESSIONAL ASSOCIATIONS, OR OTHER ORGANIZATIONS DO YOU BELONG? PLEASE INDICATE OFFICE HELD, IF ANY: _____

20. ARE YOU OR YOUR SPOUSE A MEMBER OF (OR HAVE YOU EVER BEEN A MEMBER OF) ANY NEIGHBORHOOD, LOCAL, STATE OR NATIONWIDE CRIME PREVENTION WATCH ORGANIZATION?
   a.  YES _____
   b.  NO _____
      i.   IF YES, PLEASE DESCRIBE: _____

21. DO YOU SUBSCRIBE TO AND/OR REGULARLY READ A NEWSPAPER?
   a.  YES _____
   b.  NO _____
      i.   IF YES, WHICH ONE(S):_____

22. DO YOU USE SOCIAL MEDIA? FACEBOOK, TIK TOK, LINKEDIN, X (FORMERLY "TWITTER"), OR ANYTHING SIMILAR?

23. WHAT IS YOUR PRIMARY SOURCE FOR NEWS?
   _____

24. WHAT ARE YOUR FAVORITE MOVIES? _____

25. WHAT ARE YOUR FAVORITE TELEVISION SHOWS, OR WHICH SHOWS DO YOU REGULARLY WATCH? _____

26. WHAT WAS THE LAST BOOK YOU READ? _____

27. WHAT IS YOUR FAVORITE RADIO STATION OR STREAMING SERVICE?
   _____

28. DO YOU SUBSCRIBE TO OR REGULARLY READ ANY MAGAZINES?
   a.  YES _____
   b.  NO _____

5

      i.   IF                SO,               WHICH           ONE(S)?

_____

29. DO YOU OR HAVE YOU DISPLAYED A BUMPER STICKER ON YOUR CAR?
   a. YES _____
   b. NO _____

IF YES, WHAT WAS THE MESSAGE:

_____

30. NAME THREE (3) PEOPLE YOU ADMIRE THE MOST:

_____

_____

_____

## CRIMINAL JUSTICE SYSTEM/LAW ENFORCEMENT

31. HAVE YOU OR ANY OF YOUR FAMILY OR CLOSE FRIENDS EVER BEEN AUDITED OR HAD A DISPUTE WITH ANY AGENCY OF THE FEDERAL GOVERNMENT SUCH AS THE INTERNAL REVENUE SERVICE (IRS). THE IMMIGRATION & NATURALIZATION SERVICE, SOCIAL SECURITY ADMINISTRATION, VETERANS ADMINISTRATION, ETC.?
   a. YES _____

   b. NO _____

       i.   IF YOUR ANSWER WAS YES PLEASE EXPLAIN:

   _____

       ii.   HOW DID YOU FEEL THE FEDERAL AGENCY TREATED YOU?

   _____

   _____

32. DO YOU OR YOUR SPOUSE KNOW OR HAVE ANY FRIENDS WHO ARE ATTORNEYS?
   a. YES _____

   b. NO _____

6

     i.   IF YES, PLEASE GIVE THE ATTORNEYS' NAMES AND THE TYPES OF PRACTICE THEY HAVE:_____

33. WHAT IS YOUR IMPRESSION OF PROSECUTORS IN GENERAL?

_____

34. WHAT IS YOUR IMPRESSION OF CRIMINAL DEFENSE ATTORNEYS IN GENERAL? _____

35. HAVE YOU OR ANY MEMBER OF YOUR FAMILY EVER BEEN ASSOCIATED OR WORKED WITH ANY PROGRAM INVOLVED WITH THE PREVENTION OF CRIME, THE APPREHENSION OR PUNISHMENT OF OFFENDERS, OR THE REHABILITATION OF PERSONS CONVICTED OF A CRIME?

    a.  YES _____

    b.  NO _____

     i.   IF YES, PLEASE GIVE DETAILS:

_____

_____

36. HAVE YOU OR ANY ONE CLOSE TO YOU RECEIVED TRAINING OR EDUCATION AND/OR EMPLOYMENT IN ANY ASPECT OF THE LEGAL FIELD?

    a.  IF YOUR ANSWER WAS YES, PLEASE EXPLAIN: _____

_____

37. HAVE YOU, YOUR SPOUSE, OR ANY FAMILY MEMBER EVER BEEN THE VICTIM OF A CRIME, A WITNESS TO A CRIME, OR BEEN INTERESTED IN THE OUTCOME OF ANY CRIMINAL CASE (EITHER PERSONALLY OR THROUGH THE MEDIA):

    a.  YES _____
    b.  NO _____

IF YES, PLEASE GIVE DETAILS:

_____

_____

38.  HAVE YOU EVER USED THE SERVICES OF THE UNITED STATES ATTORNEY'S OFFICE OR ANY OTHER PROSECUTOR'S OFFICE (FOR EXAMPLE: BAD CHECKS, CHILD SUPPORT)?
    a.  YES  _____
    b.  NO  _____
IF YES, PLEASE GIVE DETAILS:

_____
_____


39.  HAVE YOU OR YOUR SPOUSE EVER SERVED ON A GRAND JURY?
    a.  YES  _____
    b.  NO  _____

IF YES, PLEASE GIVE DETAILS: _____
_____


40.  HAVE YOU OR YOUR SPOUSE EVER BEEN A JUROR IN A CIVIL CASE?
    a.  YES  _____
    b.  NO  _____

IF YES, PLEASE GIVE DETAILS: _____
_____


41. HAVE YOU OR YOUR SPOUSE EVER BEEN A JUROR IN A CRIMINAL CASE?
    a.  YES  _____
    b.  NO  _____

IF YOUR ANSWER WAS YES, PLEASE CONTINUE:
    1.  WHO (I.E. YOU, YOUR SPOUSE, OR BOTH)?  _____

    2.  WHEN? _____

    3.  WHAT TYPE OF CASE? _____

    4.  WHAT COURT WAS IT IN? _____

    5.  DID THE JURY REACH A VERDICT?   YES \_\_\_\_ NO \_\_\_\_\_

    ii.    IS THERE ANYTHING ABOUT YOUR/YOUR SPOUSE'S EXPERIENCE AS A JUROR IN THAT CASE WHICH WOULD AFFECT YOUR SERVICE IN THIS CASE?   YES \_\_\_\_   NO \_\_\_\_

        1. IF YES, PLEASE GIVE DETAILS:

_____

_____

42. HAVE YOU, YOUR SPOUSE, A RELATIVE OR CLOSE FRIEND, PRESENTLY OR IN THE PAST, BEEN A MEMBER OR EMPLOYEE OF A LAW ENFORCEMENT AGENCY OR ORGANIZATION? (EXAMPLE: CITY, COUNTY, STATE OR FEDERAL POLICE OFFICER; CONSTABLE; DEPUTY SHERIFF; RANGER; AUXILIARY OR RESERVE OF ANY SUCH ORGANIZATION OR AGENCY?)

    a. IF SO, PLEASE GIVE NAME AND DESCRIBE:

_____

_____

43. HAVE YOU, YOUR SPOUSE, A RELATIVE, OR CLOSE FRIEND EVER APPLIED FOR A JOB IN LAW ENFORCEMENT?

    a. IF SO, PLEASE DESCRIBE:

_____

44. WHAT IS YOUR PERSONAL OPINION ABOUT THE CRIMINAL JUSTICE SYSTEM AND THE WAY IT WORKS? _____

45. DO YOU BELIEVE THAT TRIAL BY JURY IS THE BEST SYSTEM FOR THE TRIAL OF CRIMINAL CASES?
    a. YES _____
    b. NO _____

46. WHAT FACTORS ABOUT THE JURY TRIAL SYSTEM MAKE YOU FEEL THIS WAY? _____

47. DO YOU BELIEVE THAT INNOCENT PEOPLE EVER ACTUALLY GET CONVICTED OF CRIMES? WHY OR WHY NOT?_____

_____

CASE SPECIFICS

48. BECAUSE THE ALLEGATIONS IN THIS CASE INVOLVE MURDER-FOR-HIRE ON BEHALF OF THE GOVERNMENT OF IRAN, HAVE ANY RECENT EVENTS COVERED IN THE NATIONAL MEDIA IMPACTED YOU IN A WAY THAT WOULD RENDER YOU UNABLE TO BE A FAIR AND IMPARTIAL JUDGE OF THE FACTS IN DETERMINING WHETHER OR NOT THE GUILT OF THESE DEFENDANTS HAVE BEEN PROVEN? _____

_____

_____

49. DO YOU KNOW OR HAVE YOU HEARD OF ANY OF THE DEFENSE ATTORNEYS IN THIS CASE: MICHAEL MARTIN, ELENA FAST, MICHAEL PERKINS OR ANDREW PATEL?

    a. YES  _____

    b. NO   _____

       i.  IF YES, HOW DO YOU KNOW THEM OR WHAT HAVE YOU HEARD ABOUT THEM? _____

           _____

50. DO YOU KNOW OR HAVE YOU HEARD OF ANY OF THE PROSECUTORS IN THIS CASE: AUSA JACOB GUTWILLIG, MATTHEW HELLMAN OR MICHAEL LOCKARD?

    a. YES  _____

    b. NO   _____

IF YES, HOW DO YOU KNOW THEM OR WHAT HAVE YOU HEARD ABOUT THEM?

_____

51. HAS ANY MEMBER OF THE JURY PANEL OR ANY MEMBER OF YOUR IMMEDIATE FAMILY HAD AN UNPLEASANT EXPERIENCE IN COURT OR INVOLVING LAWYERS WHICH WOULD CAUSE YOU TO BE BIASED AGAINST EITHER OF THE PARTIES?

    a. YES  _____

    b. NO   _____

IF YES, HOW DO YOU KNOW THEM OR WHAT HAVE YOU HEARD ABOUT THEM?

_____

52. DO YOU KNOW OR THINK YOU MIGHT KNOW THE DEFENDANT RAFAT AMIROV OR POLAD OMAROV IN THIS CASE, OR ANY OF THEIR FAMILIES?

    a. YES   _____

    b. NO   _____

IF YES, IN WHAT CAPACITY? _____

53. DID YOU KNOW **VICTIM-1 OR VICTIM-2** DURING THEIR LIFETIMES?

    a. YES   _____

    b. NO   _____

IF YES, IN WHAT CAPACITY?

_____

54. DO YOU KNOW ANY OF **VICTIM-1 OR VICTIM-2'S** FAMILY MEMBERS?

    a. YES   _____

    b. NO   _____

IF YES, WHO AND IN WHAT CAPACITY?

_____

55. DO YOU KNOW JUDGE MCMAHON OR ANY OF THE COURT PERSONNEL?

    a. YES   _____

    b. NO   _____

IF SO, IN WHAT CAPACITY YOU KNOW THEM:

_____

56. DO YOU KNOW _____ THE UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF NEW YORK, OR ANY OTHER MEMBERS OF HIS/HER STAFF?

    a. YES   _____

    b. NO   _____

IF SO, IN WHAT CAPACITY YOU KNOW THEM:

_____

11

57. DO YOU CURRENTLY HAVE ANY PERSONAL PROBLEMS THAT WOULD PREVENT YOU FROM GIVING YOUR FULL ATTENTION TO THE TESTIMONY DURING THE TRIAL?

    a. YES \_\_\_\_

    b. NO \_\_\_\_

58. DO YOU HOLD  ANY BELIEFS THAT WOULD PROHIBIT OR MAKE IT DIFFICULT FOR YOU TO SERVE ON THE JURY AND ACT AS THE JUDGE OF THE FACTS IN A CASE?

    a. YES \_\_\_\_

    b. NO \_\_\_\_

    c. IF YES, PLEASE EXPLAIN:

    _____

    _____

    _____

59. DO YOU HOLD ANY OPINIONS, RELIGIOUS BELIEFS, PHILOSOPHIES, OR PREJUDICES WHICH WOULD MAKE YOU UNABLE TO REACH A VERDICT IN THIS CASE? FOR EXAMPLE, DO YOU BELIEVE THAT NO PERSON SHOULD EVER BE JUDGED OR CONVICTED? FOR EXAMPLE, DO YOU BELIEVE THAT A PERSON IS GUILTY SIMPLY BECAUSE THEY ARE HERE IN COURT?

    a. IF YES, PLEASE EXPLAIN: _____

60. HAVE ANY OF YOUR FAMILY MEMBERS OR CLOSE FRIENDS EVER BEEN THE VICTIM OF A MURDER, MURDER FOR HIRE, ATTEMPTED MURDER OR GUN VIOLENCE? IF SO, WOULD THAT EXPERIENCE OR KNOWLEDGE AFFECT YOUR ABILITY TO SERVE AS A FAIR AND IMPARTIAL JUROR IN THIS CASE?

    a. YES \_\_\_\_

    b. NO \_\_\_\_

IF YES, PLEASE EXPLAIN:

_____

_____

61. WERE YOU OR ANY MEMBER OF YOUR IMMEDIATE FAMILY BORN AND OR RAISED IN ANY OF THE FOLLOWING COUNTRIES?

    a. THE FORMER SOVIET UNION

    b. RUSSIAN FEDERATION

    c.  GEORGIA (COUNTRY, NOT STATE)
    d.  IRAN
    e.  TURKEY
    f.  AZERBAIJAN

62. DO YOU SPEAK ANY OF THE FOLLOWING LANGUAGES?
    a.  RUSSIAN
    b.  AZERI
    c.  TURKISH
    d.  GEORGIAN
    e.  FARSI

63. HAVE YOU READ ABOUT, VISITED, OR FORMED IMPRESSIONS OR OPINIONS ABOUT THE FOLLOWING COUNTRIES OR THE CITIZENS OF THESE COUNTRIES?
    a.  RUSSIAN FEDERATION
    b.  AZERBAIJAN
    c.  TURKEY
    d.  GEORGIA (COUNTRY, NOT STATE)
    e.  IRAN

64. IF YOU HAVE EVER VISITED ANY OF THESE COUNTRIES LISTED ABOVE, PLEASE TELL US ABOUT YOUR TRIP, INCLUDING THE REASON FOR YOUR TRAVEL, WHERE YOU WENT AND HOW LONG YOU STAYED.

_____
_____
_____
_____
_____

65. ARE YOU FAMILIAR WITH THE *VOR V ZAKONE* OR THIEVES-IN-LAW?

    a.  IF YES, PLEASE EXPLAIN WHAT YOU KNOW ABOUT THE VOR V ZAKONE OR THIEVES-IN-LAW AND HOW YOU CAME TO KNOW IT.

_____
_____
_____

13

66. HAVE YOU OR ANY MEMBER OF YOUR FAMILY HAD ANY ISSUES OR DEALING WITH THE *VOR V ZAKONE* OR THIEVES-IN-LAW?

    a. IF YES, PLEASE EXPLAIN WHAT ISSUES OR DEALING YOU OR A MEMBER OF YOUR FAMILY HAVE HAD WITH THE *VOR V ZAKONE* OR THIEVES-IN-LAW:

        _____

        _____

67. DOES ANYONE KNOW SOMEONE WHO HAS BEEN CHARGED WITH MURDER, ATTEMPTED MURDER, MURDER FOR HIRE, GUN POSSESSION OR SIMILAR CHARGES?

    a. IF YES, PLEASE EXPLAIN:

        _____

        _____

68. YOU MAY HEAR TESTIMONY REGARDING MURDER-FOR-HIRE, GUN POSSESSION, AND/OR GUN VIOLENCE. DO YOU HAVE ANY STRONG FEELINGS ABOUT GUNS OR MURDER?

    a. IF          YES,          PLEASE          EXPLAIN:

        _____

        _____

69. WOULD TESTIMONY ABOUT GUNS OR DRUGS OR ANY VIOLENCE MAKE YOU UNCOMFORTABLE TO SIT ON THIS JURY OR UNABLE TO BE FAIR AND IMPARTIAL IN DECIDING THIS CASE?
    a. YES
    b. NO

70. SOME OF THE DEFENDANTS ARE NOT UNITED STATES CITIZENS. YOU ARE INSTRUCTED THAT FOREIGN DEFENDANTS HAVE THE SAME RIGHTS IN A UNITED STATES COURT AS UNITED STATES CITIZENS. WOULD YOU BE WILLING TO ACCEPT THAT RULE?
    a. YES
    b. NO

71. IF YOU HAVE ANY PLANS TO BE OUT OF THE AREA DURING THE SECOND OR THIRD WEEKS OF MARCH, PLEASE INDICATE THE DATES AND THE REASON FOR YOUR ABSENCE:

_____

_____

72. HOW DO YOU FEEL ABOUT BEING ASKED TO ANSWER THE QUESTIONS CONTAINED IN THIS JUROR INFORMATION SHEET?

73. HAVE YOU, FROM ANY SOURCE, FORMED AN OPINION IN THIS CASE?
    a.  YES
    b.  NO

IF YES, PLEASE EXPLAIN WHAT OPINION YOU HAVE:

_____

_____

74. IS THERE ANY INFORMATION ABOUT YOU WHICH YOU FEEL THE JUDGE AND THE ATTORNEYS SHOULD KNOW IN REFERENCE TO YOUR ABILITY TO SERVE AS A JUROR IN THIS CASE THAT HAS NOT BEEN SET FORTH ABOVE?
    a.  YES
    b.  NO

IF YES, PLEASE EXPLAIN:

_____

_____

75. DO YOU BELIEVE THAT THERE MAY BE ANY REASON WHY IT WOULD BE DIFFICULT OR IMPOSSIBLE FOR YOU TO BE COMPLETELY FAIR AND IMPARTIAL IN THIS CASE?

    a.  IF  SO, WHAT REASON IS THERE?

    _____

76. DO YOU KNOW OR HAVE YOU HEARD OF ANY OF THE FOLLOWING POTENTIAL WITNESSES IN THIS CASE:
    a.  **MASIH ALINEJAD** YES   NO
    b.  ██████████        YES   NO

DECLARATION

I DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION I HAVE PROVIDED IN THIS JUROR INFORMATION SHEET IS TRUE AND CORRECT. EXECUTED ON MARCH \_\_\_\_, 2025.

_____

JUROR'S SIGNATURE