
Elena Fast, Esq.
Tel (212) 729-9494
elena@fastlawpc.com

February 28, 2025

**Via ECF**
Hon. Colleen McMahon
Senior U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    **Re:**    **United States v. Polad Omarov, 22 Cr 438 (CM)**
           *Update on Review of Government's Translation of Mr. Omarov's Post-Arrest Interview*

Dear Judge McMahon:

We write to update the Court on the status of the Defense review of the Government's translation of Mr. Omarov's post-arrest interview.

Earlier today, our Russian interpreter, Sanjar Babadjanov, informed us that he has identified several critical mistakes in the Government's translation of Mr. Omarov's post-arrest interview. In Mr. Babadjanov's view, there are inaccurate translations, usage of imprecise synonyms, omissions of words, and an incorrect order of speakers.

It should be noted that Mr Babanjanov's translation is still ongoing and started at the 06:10 minute mark of the audio, because the initial segment was previously translated by Mr. Babadjanov and was included as Exhibit C to the Defense Motion to Suppress.

We have conferred with AUSA Matthew Hellman and the parties are working together to reach an agreement on the transcript, which we hope to have ahead of Tuesday's Pre-Trial Conference.

    Dated:        February 28, 2025
                      New York, New York

| s/ Andrew Patel | s/ Elena Fast | s/ Michael Perkins |
|---|---|---|
| Andrew Patel, Esq. | Elena Fast, Esq. | Michael Perkins, Esq. |
| 15 Chester Avenue | The Fast Law Firm, P.C. | The Fast Law Firm, P.C. |
| White Plains, NY 10601 | 521 Fifth Ave, 17 Floor | 521 Fifth Ave, 17 Floor |
| Phone: 212-349-0230 | Phone: 212-729-9494 | Phone: 212-729-9494 |
| apatel@apatellaw.com | elena@fastlawpc.com | michael@fastlawpc.com |

*Counsel for Polad Omarov*

cc:      All attorneys of record (via ECF)