**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAFAT AMIROV,<br>                    Defendant | S8 22 Cr. 438 (CM) |

## DEFENDANT RAFAT AMIROV'S DESIGNATION OF EXPERT WITNESSES

### 1. Clark C. Walton

Mr. Walton is the Managing Director of Reliance Forensics, LLC, headquartered in Charlotte, North Carolina. He is an expert in cybersecurity and digital forensics. Mr. Walton's CV is attached as Exhibit A and contains his qualifications, including a list of all publications authored in the previous ten years, and a list of all other cases in the previous four years in which he has testified as an expert.

The following is a complete statement of all opinions that the Defense will elicit from Clark C. Walton, either in its case-in-chief or during its rebuttal case to counter testimony that the government intends to offer, along with the bases and reasons for them. The Defense reserves the right to supplement this notice with additional testimony to counter testimony that the government intends to offer following the disclosure of any expert testimony by the government pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C).

Pen Register Trap and Trace (PRTT) mechanisms capture and track phone numbers and electronic communications. PRTT data only provides certain information about targeted communications. Such data does not reveal the content of messages, or the identity of users sending and receiving which messages outside of numbers/usernames. Activity in the PRTT data indicates that the WhatsApp Account associated with +380735677777 was still being used throughout 2023, following the January 2023 arrest of Rafat Amirov; therefore, another party had access to the account. The post-arrest activity was not limited to passive activity, such as simply receiving emails and texts. The IP addresses that correlate with this data indicate that the individual using the account accessed it over time from multiple locations.

VPN services can be used to obfuscate the activity of individuals and their locations by assigning Internet Protocol (IP) addresses not directly attributable to that user. IP addresses for mobile carriers change frequently; IP addresses are accurate as to location to some extent, but not

1

perfect, particularly with mobile IPs because they are so fleeting, and part of an IP address block associated with multiple users at a time. In this case, the presence of VPN activity indicates that users may have been logging in from more than one location. Multiple users in the same location would also trigger similar, and possibly the same, correlations using the same IP addresses. Although VPN users can select the country with which they want to associate their location, they cannot choose the IP address itself.

WhatsApp is a free private messaging service used by billions of people around the world. Although WhatsApp data travels encrypted, it can generally be extracted from smartphones in a decrypted matter for forensic review. Other apps, such as Signal and Telegram, have additional barriers to make it harder to retrieve decrypted data from a device. WhatsApp is also difficult to log out of; it can only be done if the account is removed from a device entirely. WhatsApp messages did not, at the relevant time period, appear across multiple devices absent an affirmative setting to upload messages to another location, for instance, iCloud.

Apple iCloud accounts are cloud services provided by Apple to users to store and sync data across Apple devices. To be detached from a particular device, users must log out of iCloud accounts; otherwise, dependent on device settings, all backed up data may be retained by the same iCloud across all devices which are logged into the account (assuming the relevant setting to sync data is turned on).

Mr. Walton's opinions are based on, including but not limited to, his review of the discovery evidence provided, including data related to WhatsApp, Google, and Apple Accounts provided by the service providers; his technical expertise and experience in network and mobile telecommunications forensics; and any additional evidence presented by the government at trial. While most of his opinions stem from his general knowledge and experience, specific opinions about the +380735677777 WhatsApp account activity and VPN and IP address-related activity were derived from government discovery indexed for easier searching and review in a forensic tool called Magnet AXIOM. Mr. Walton also reviewed certain mobile device and cloud data in the Cellebrite tool. His testimony will also be based on his regular monitoring of technical and press reports, upon which a network and mobile telecommunications forensics expert would ordinarily rely.

**Expert Signature:**

_Clark Walton_, Mbr/Mgr
Clark Walton         Reliance Forensics, LLC
Reliance Forensics

2

## 2. <u>Edgar Fritz</u>

Mr. Fritz is a digital forensic examiner at Reliance Forensics, LLC, headquartered in Charlotte, North Carolina. He is an expert in cybersecurity and digital forensics. Mr. Fritz's CV is attached as Exhibit B and contains his qualifications, including a list of all cases where his expertise, reports, and affidavits have been utilized for litigation purposes.

The following is a complete statement of all opinions that the Defense will elicit from Edgar Fritz, either in its case-in-chief or during its rebuttal case to counter testimony that the government intends to offer, along with the bases and reasons for them. The Defense reserves the right to supplement this notice with additional testimony to counter testimony that the government intends to offer following the disclosure of any expert testimony by the government pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C).

Pen Register Trap and Trace (PRTT) mechanisms capture and track phone numbers and electronic communications. PRTT data only provides certain information about a targeted device and its communications. Such data does not reveal the content of messages, or the identity of users sending and receiving which messages outside of numbers/usernames. Activity in the PRTT data indicates that the WhatsApp Account associated with +380735677777 was still being used throughout 2023, following the January 2023 arrest of Rafat Amirov; therefore, another party had access to the account. The post-arrest activity was not limited to passive activity, such as simply receiving emails and texts. The IP addresses that correlate with this data indicate that the individual using the account accessed it over time from multiple locations.

VPN services can be used to obfuscate the activity of individuals and their locations by assigning Internet Protocol (IP) addresses not directly attributable to that user. IP addresses for mobile carriers change frequently; IP addresses are accurate as to location to some extent, but not perfect, particularly with mobile IPs because they are so fleeting, and part of an IP address block associated with multiple users at a time. In this case, the presence of VPN activity indicates that users may have been logging in from more than one location. Multiple users in the same location would also trigger similar, and possibly the same, correlations using the same IP addresses. Although VPN users can select the country with which they want to associate their location, they cannot choose the IP address itself.

WhatsApp is a free private messaging service used by billions of people around the world. Although WhatsApp data travels encrypted, it can generally be extracted from smartphones in a decrypted matter for forensic review. Other apps, such as Signal and Telegram, have additional barriers to make it harder to retrieve decrypted data from a device. WhatsApp is also difficult to "log out" of; it can only be done if it is removed from a device entirely, and redownloaded. WhatsApp messages did not, at the relevant time period, appear across multiple devices absent an affirmative setting to upload messages to another location, for instance, iCloud.

Apple iCloud accounts are cloud services provided by Apple to users to store and sync data

3

across Apple devices.  To be detached from a particular device, users must log out of iCloud accounts; otherwise, dependent on device settings, all backed up data may be retained by the same iCloud across all devices which are logged into the account (assuming the relevant setting to sync data is turned on).

Mr. Fritz's opinions are based on, including but not limited to, his review of the discovery evidence provided, including data related to WhatsApp, Google, and Apple Accounts provided by the service providers; his technical expertise and experience in network and mobile telecommunications forensics; and any additional evidence presented by the government at trial. While most of his opinions stem from his general knowledge and experience, specific opinions about the +380735677777 WhatsApp account activity and VPN and IP address-related activity were derived from government discovery indexed for easier searching and review in a forensic tool called Magnet AXIOM.  Mr. Fritz also reviewed certain mobile device and cloud data in the Cellebrite tool.  His testimony will also be based on his regular monitoring of technical and press reports, as a network and mobile telecommunications forensics expert would ordinarily rely on, to understand current events, developments, and trends in the industry.

**Expert Signature:**

Edgar Fritz
Reliance Forensics

4

**OMITTED**