**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

MEMO ENDORSED

October 29, 2025

10/29/25

**BY ECF**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:  *United States v. Rafat Amirov and Polad Omarov,*
S8 22 Cr. 438 (CM)

Dear Judge McMahon:

In connection with today's sentencing proceeding, in which the defendants were sentenced on Counts One through Five of the superseding indictment, S8 22 Cr. 438 (CM), the Government moves to dismiss open counts against the defendants charged in underlying indictments in this case.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____/s/_____
Jacob H. Gutwillig / Matthew J.C. Hellman /
Michael D. Lockard
Assistant United States Attorneys
(212) 637-2215 / -2278 / -2193

cc:   Defense counsel (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-29-25