Criminal Notice of Appeal - Form A

## NOTICE OF APPEAL

### United States District Court

Southern _____ District of New York _____

Caption:

United States _____ v.

Polad Omarov _____

Docket No.: 22 Cr 438 (CM) _____

Hon. Colleen McMahon _____

(District Court Judge)

Notice is hereby given that Polad Omarov _____ appeals to the United States Court of

Appeals for the Second Circuit from the judgment ✓, other | _____

entered in this action on 10/29/2025 _____.    (specify)

(date)

This appeal concerns: Conviction only |___|    Sentence only |✓|    Conviction & Sentence |___|    Other |___|

Defendant found guilty by plea |    | trial |✓| N/A |    .

Offense occurred after November 1, 1987?    Yes |X|    No [    N/A [

Date of sentence: 10/29/2025 _____    N/A |___|

Bail/Jail Disposition: Committed X    Not committed |    |    N/A |

Appellant is represented by counsel?    Yes X    ] No |    |    If yes, provide the following information:

Defendant's Counsel:    Elena Fast, Esq.

Counsel's Address:    521 Fifth Avenue, 17 Floor

New York, New York 10175

Counsel's Phone:    (212)729-9494

Assistant U.S. Attorney:    Michael Lockhart

AUSA's Address:    26 Federal Plaza, 37th Floor

New York, NY 10278

AUSA's Phone:    (212) 637-2193

_____ Elena Fast

Signature